IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01344-EWN-BNB

JOYCE GEDELMAN-VIERS, and
LYLE J. VIERS,

Plaintiffs,

v.

CLAUDIA DULUDE,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **October 19, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 5, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge